**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

IT APPEARING THAT case number 26-cr-02171-1 was electronically opened in error, therefore

IT IS HEREBY ORDERED that the assignment of 26-cr-02171-1 shall be vacated and that case number 26-cr-02171-1  shall not be used for any other proceeding.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

Chief Judge Virginia M. Kendall

Dated at Chicago, Illinois this 8th day of May 2026.